PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 08/2021)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

John Richard Frazier
Plaintiff's Name and ID Number

Green Bay County of Tarrant Co.
Place of Confinement

4-25CV-127-O

CASE NO. _____
(Clerk will assign the number)

v.

State of Tarrant Co. Texas
Defendant's Name and Address

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 1 1 2025

CLERK, U.S. DISTRICT COURT
By _____
     Deputy

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: 1-20-25
      2. Parties to previous lawsuit:
         Plaintiff(s) John Richard Frazier
         Defendant(s) State of Tarrant Co. Texas
      3. Court: (If federal, name the district; if state, name the county.) Tarrant County
      4. Cause number: 1827838
      5. Name of judge to whom case was assigned: Mr. William Knight
      6. Disposition: (Was the case dismissed, appealed, still pending?) Still pending
      7. Approximate date of disposition: N/A

2

II. PLACE OF PRESENT CONFINEMENT: GREEN BAY COUNTY OF TARRANT:

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓YES  __NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: John Richard Frazier
100 N. Lamar St.
Fort Worth, TX 76196
41-H-2

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: State of Tarrant Texas   District Court CDC#2.
401 W. Belknap St.
Fort Worth, TX 76196

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. on July 13, 24 State Fail to provide me a consitutional speedy trial, since my arrest Tarrant Co. has put false accusation charges over on me, on my indictment that I was not, never aware of. No police report, No arrest made, No Miranda Rights read. Nothing on record, No court Arrangement, No Bail set, on false accusations;

Defendant #2: on my indictment that was stamped in mailed out to me on July 9, 24 in received it on July 13, 24) put on a defective indictment

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

# Tarrant County Sheriff's Office
# Grievance Response Form

| | | | | |
|---|---|---|---|---|
| G251962 | 12/26/2024 | OMOSIGHO | 12/30/2024 | 14. LAW LIBRARY |
| *Number* | *Received Date* | *Assigned To* | *Close Date* | *Classification* |
| 41-I | FRAZIER, JOHN RICHARD | | 0604133 | |
| *Housing* | *Name* | | *CID* | |

**Grievance Response Summary**

INMATE FRAZIER. YOUR GRIEVANCE IS NOT SUSTAINED. I REQUESTED A RESPONSE FROM THE LAW LIBRARY DEPARTMENT AND IT WAS OBSERVED THAT THE LAW LIBRARY REQUESTS MADE BY YOU TO LAW LIBRARY WERE SENT WITHIN POLICY AND PROCEDURE GUIDELINES. BE ADVISED, LAW LIBRARY HAS POLICIES AND PROCEDURES IN PLACE WHICH MUST BE FOLLOWED REGARDING INMATE'S LAW LIBRARY REQUESTS FOR ASSISTANCE. IN RESPECT TO YOUR GRIEVANCE AND THE DOCUMENTATION PROVIDED BY LAW LIBRARY TO ASCERTAIN THAT YOUR REQUESTS WERE SENT. YOUR LAW LIBRARY REQUESTS RIGHTS WAS NOT VIOLATED. THIS GRIEVANCE IS NOW CLOSED.

*They no I'm right on what I'm Talking about, what their doing Towards me I wouldn't be saying what I'm Telling them okay now they want to try in cover their bullshit*

"Grievance procedures are described in the Inmate Handbook. In the event you have lost or misplaced your Inmate Handbook, you may request a replacement from the housing officer."

*Monday, December 30, 2024*                                                                                                              *Page 1 of 1*

# TARRANT COUNTY JAIL
# INMATE GRIEVANCE FORM

File Nbr. _____

*Press hard when writing*

**Name** John Richard Frazier   **CID No.** 0604133

**Housing Assignment** 27-C   **Date** 12/16/24

Is this an "American with Disabilities Act (ADA) Complaint?"   Yes ☐   No ☑

State your problem as briefly as possible. Place in a "Grievance Envelope", seal and submit to Housing Officer. Keep pink (last) copy for your records.

To whom this may concern: Law Library is violating my rights to come to the Law Library to send out my legal mail at this moment I have request the Law Library to send me the Material that I requested is given me the run around on I also requested that I need a Big legal mailing out envelope to send out my Legal mail there refusing what I requested which I have the right to my legal information Law Library is refusing me my right to send out my legal mail that I've been requesting it that I need to send out legal mail. That is my right to to my legal information right to come the Law Library. I keep sending repeated requests to me refusing me of my rights to come to the Law Library is up in violation I have legal mail that I need to send out asap today. I need something done about this matter to trying to scheme over my head on what I requested Law Library to send Legal envelope so I can send out my legal mail which I am indigent at the moment which I have the right to my Legal material thank you

**GRIEVANCE OFFICE USE ONLY****************DO NOT WRITE BELOW THIS LINE**

**Grievance Officer** Cpl. Amaya   **Date** 12/16/24   **Code** ____

**Referred to** ____   **Date** ____   **Time** ____

**Response by** Cpl. Amaya   **Date** 12/16/24   **Time** 1110

**GRIEVANCE SUMMARY RESPONSE**

_____

White Copy To File   Canary Copy To Inmate (Grievance Response)   Pink Copy For Inmate Retention

S-101  GPC-1699  REV. 06-06

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

(1). I was called out to speak with "Two detectives" on or about ON May 8, 24 that I do recall. It was a Black and a white detective. I wasn't aware of or what for. I told them both, I don't want to speak or talk with you without my attorney being present here with me. So one of those detectives said, dam. (2). So on May 30, 24; They called me out for a court arrangement that I was not, never aware of since my arrest on April 14, 24: It were the same Felmailed lady Judge of whom I went up in front of there at the Arlington City Jail on April 16, 24: She told me that I was being charged with another Sexual Assault Charge again in setting my bond at $75,000 I told the Judge when this crime suppose to had happened. She said around March. I said what day of march. She could not tell me. I said, thats bull shit that never happened

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Nothing on record that I was provide a speedy trial for over 9 months Help me get up into court in get case dismiss to resolve this case and prove my innocents in front of the court My Right my legal Right to prove to the courts that I was not provided a constitution speedy trial since my arrest on April 14, 24

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
N/A

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
# 0604133   Don't remember

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ___YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): N/A
   2. Case number: N/A
   3. Approximate date sanctions were imposed: N/A
   4. Have the sanctions been lifted or otherwise satisfied?   ___YES  ✓ NO

4

Attached letter on pag 4 of v. page
page 1 of page 7 of 41.
Case 4:25-cv-00127-O   Document 1   Filed 02/11/25   Page 7 of 15   PageID 7

1). The Judge said, it happened around on March, I said, "what day of March" don't you No, "she could not give me the exact date of March." The only thang she said, to me "she don't NO." I said that is all bull shit. How could I done any thing up in March in when I were arrested, on April 14, 24 of what my girlfriend falsley accusing me of doing to her never happened. My attorney said that he spoke with Ms. Susan in that never happened Burglary up in side of home.

2). Now okay, this what happened. I was staying with a good friend of mines. We had nothing going on with each other. She moved me in with her, on March 14, 24. For helping her with her bags across the cross walk. Notice I had two big back packs on my back. ③ She asked me where, "I homeless" I said "Yes" an that she been "there before", herself. Offered me $5. I said no thats, from my heart to help you out. Shes a white woman. ④ She invited me over to come eat, and told me if I would like. I can stay with her only for enough time to get thangs kindly together for myself. To make a long story short ⑤. On March 20, 24 her door bell ringed. So I went to the peak hole, in looked out of it. I said Ms. Susan 🕮 her name. So I said its the police, so she got up went to the door, in went outside to talk with them to see whats the problems. ⑥. Comes to found out it was her daughter calling them officers over to her apartment that I was not aware of. So when those officers saw me inside sitting down ⑦. They just walk inside of Ms. Susans apartment in walked over to me asking me up in a demanding way. I said, only visiting. they replied back saying "thats what Ms. Susan said only visiting." I said whats going on here ⑧. Than they asked me have I ever been arrested before, I said yes and do I have any warrants on me I said, I don't no. thats is when one came up on me for not showing up for court on a fine. So the officer said I am not going to arrest. But do you know that Ms. Susans is on (Soletion 8.) I said no, whats

(9). With all these questions I replied to that officer. I said aint nothing I'd done over here. that I don't no about.

(10). Told Ms. Susan with his coersive words if she doesn't make me leave she'll loose her apartment because she's on (Satation 8.). Her mother had somebody else she let come stay with her mother that stoled her mothers money and stoled her mother house, shoes she bot her for "Mothers Day." Her daughter asumed I were that person still back over at her mothers apartment. who I was not aware of staying over there with her Mother Ms. Susan. (11). So those police told me that I have a choice to leave Ms. Susans apartme or go to jail on that bench warrant that he pulled me up on. to pack up my cloths in leave out her apartment. I said I aint done anything wrong over here so why, I have to leave. So he looked at Ms. Susan do what they say because I don't want to loose my place. thats when I started getting all my Thangs together. (12). After I finshing packing Both of these officers walked me out side. harrassing me telling me don't get caught back over at Ms. Susans apartment And that I'll be put up under investigation. I said for "what." Ms. Susan is not the only friend that I have over here, on these apartment grounds. So I went on lefted off those apartment grounds. So before I'd realized I forgot my wallet over at Ms. Susans apartment. So instead of going back over there to her place (13). I went to the apartment offices instead to be more safer. So I told them what just heppened to these apartment manger personal who works there in told them just about everything that your officers was harrassing me of what they were telling me and I forgot to get my wallet. And before you knew it here come these officers. saw me talking

Statement Claim

9).

Okay This what Tarrant Co. pulled over on me. Since it could not get me to really been charged of Sexual Assaulting my girlfriend. (10.) Tarrant Co. District Attorney pulled this scheme over on me. When Tarrant Co. got me back up in court on that Court arrangement on May 30, 24 Schemed me, putting (11.) another sexual Assualt charge over on me. That I was not never aware of since my Arrest on April 14, 24. pulling that I Sexual Assyalted Ms.Susan over at her apartment on or about on March 20, 24. (12.) When those officers came over to her apartment. are witnesses that I'd did not Burglary Habitation up inside of Ms. Susans apartment on or about on March 20, 24. (13.) Put a false deffective accusation on my Indictment, that I was not never aware of doing. (14.) No police report, NO court Arrangement, NO Bail set, NO Amuranda Rights read. NO Arrest made on me on March 20, 24. Trying to build up a false Accusation charge over on me on the down low.

(14). which the Judge she never Say out her Mouth, that I was being Charge with that crime. They put that false charge on my Indictment. When I received both indictments, (15.) on July 13, 24 That were both Stamp on July 9, 24 and mailed out to me and I received both indictments on case number 1827838 And on case number 1822412. But on case number 1827838 is the one Indictment that was deffected, I was never aware of been charge of since my arrest. (16.) Charging me with another sexual assualt charge on May 30, 24 in put false Accusations over on my Indictment. (17.) Thought that I was "green" in I got on top of it. In brought it to the courts Attention. oh, they

18. Tarrant co, didn't like that, so when I went to my motion of discovery hearing, 19. the District Attorney sends my attorney to me, to stall me, to tell me that I aint going to be able to see the Judge today, 20. because the Judge got a Big case load. I said, what, that's bull shit have got to do with me, 21. when you need to get back up in that court room in get this case dismissed, Both of them. 22. When there's no evidence on me that I suppose to sexual assualted my own girlfriend And Tarrant co, put a deffective indictment over on me, 23. trying accused me of Burglary Habitation with intent Another crime to commit sexual assualt using physical force myself inside of Ms. Susans home or apartment in stucked my finger up inside of her on March 20, 24. 24. That never happened, that I was not never aware of being arrest on no police report, nothing on record that anything happened like that on March 20 24 25. in when I went to that apartment offices, to speak with those apartment personal people about what those officers was doing to me, 26. were harrassing me around, to leave her Apartment and don't come back over her apartment and back on these apartment grounds; 27. I told my attorney how could Tarrant co, pull this bull shit over on me and you who suppose to be my Attorney let this happened. 28. My attorney is not work working for me like he should. working with the District Attorney 29. hoping they can get a conviction over on me. 30. When on January 15, 25 which my cases should suppose 31. been dropped; No evidence in on a false accusation charges; 32. I've been detained since my arrest on Both charges, that should of been dropped longtime ago. 33. Holdden me against my will on a false indictment on case number 1827838 not right.

John Frazier #0604133



with those apartment personal workers up infront of their offices come pulling up on me telling me didn't. I tell you not to come back over here on these apartment grounds. I said its nothing to come over here to the apartment offices because aint nothing I'd did over here. After the apartment manger, tryed calling Ms. Susans phone to bring my wallet. She never picked up her phone. So Don't you no that same officer were trying to coerosed these apartment people telling them to bar me off their property. This is what those apartment personals told that officer oh he got mad. She said for one thang y'all up in violation for stopping by my offices. nor called my offices before you guys can Just come over on my property to make anybody to leave off or out of anybody of my resendence. Its no compliant been called to my offices about me to make him to leave. I'm the only one who can make those calls I'm the manger. [So Tarrant did not have no case to charge me with on April 14, 24 what my girlfriend went in accused me of sexual assaulting her. She never went to the emergency room. So Officer Esparza did not have no case to charge me of. So this what they pulled over on me after my court arrangement on May 30, 24 the Judge She never said I was being charged with burglary Habitation with intent Another crime by phycial forcany myself up inside of Ms. Susans apartment to commit sexual Assault in sticking my finger up inside of her that supposed happened on March 29, 24 the day these officer came over Tarrant co. put those false charges over on me trying to get a conviction. No cese:



Mr. John Richard Fulzier
100 N. LAMAR ST.
Fort Worth, TX 76196
U1-H-2

United States District
Court W. Division
Fort Worth, TX 76102





# WE CARE

**US Postal Service**

**DEAR VALUED POSTAL CUSTOMER:**

I want to extend my sincere apology as your Postmaster for the enclosed document that was inadvertently damaged in handling by your Postal Service.

We are aware how important your mail is to you. With that in mind, we are forwarding it to you in an expeditious fashion.

The United States Postal Service handles over 202 billion pieces of mail each year. While each employee makes a concerted effort to process, without damage, each piece of mail, an occasional mishap does happen.

We are constantly working to improve our processing methods so that these incidents will be eliminated. You can help us greatly in our efforts if you will continue to properly prepare and address each letter or parcel that you enter into the mailstream.

We appreciate your cooperation and understanding and sincerely regret any inconvenience that you have experienced.

**YOUR POSTMASTER**

EP193